# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHEREE HILLIARD,

    Plaintiff(s),

v.

WALGREEN CO.,

    Defendant(s).

Case No.: 2:18-cv-01844-JCM-NJK

**ORDER**

The deadline to file the joint proposed pretrial order in this case expired on September 26, 2019.  Docket No. 20 at 4.  To date, a joint pretrial order has not been filed.  The parties are hereby ORDERED to file a joint pretrial order by May 18, 2020.

IT IS SO ORDERED.

Dated: April 29, 2020

                                        Nancy J. Koppe
                                        United States Magistrate Judge

1